UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:21CR88 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL JEROME EDNEY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrant in the above-captioned case be unsealed.

This 19th day of October, 2021.

Signed: October 19, 2021

W. Carleton Metcalf
United States Magistrate Judge